JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CARMEN ESTRELLA, individually and as successor in interest to and on behalf of ISRAEL CASTENEDA and his estate;<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF RIVERSIDE and JAMES FRANK,<br><br>　　　　Defendants. | Case No. **ED CV 08-401-JFW (AGRx)**<br><br>**JUDGMENT** |

　　The Court, having granted Defendant Frank James's motion for summary judgment based on its determination that there was no genuine issue as to any material fact and that Defendant Frank James was entitled to judgment as a matter of law on all claims for relief alleged against him, and

　　The Court, having dismissed Plaintiff's Fifth Cause of Action against Defendant County of Riverside without prejudice on the grounds that the Court declines to exercise supplemental jurisdiction over that state law claim pursuant to 28 U.S.C. § 1367(c)(3),

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1. Plaintiff Maria Carmen Estrella shall recover nothing from Defendant Frank James;

2. Defendant Frank James shall have judgment in his favor on Plaintiff's entire action; and

3. Defendant Frank James shall recover from Plaintiff his costs of suit in the sum of $_____.

The Clerk is ordered to enter this Judgment.

Dated: March 12, 2009

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE